IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARLENE MELTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES SOCIAL SECURITY | : | |
| ADMINISTRATION | : | NO. 10-7217 |

## ORDER

**AND NOW**, this 5th day of September, 2012, upon consideration of Defendant United States Social Security Administration's Motion for Summary Judgment (Docket No. 28), and all documents filed in connection therewith, and after holding oral argument on August 2, 2012, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion for Summary Judgment is **GRANTED**.

2. **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff.

3. Defendant's Motion to Strike Plaintiff's Supplementary Statement (Docket No. 41) is **DENIED**.

4. The Clerk is directed to **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova, J.

_____
John R. Padova, J.